**Richard VARN, Plaintiff—Appellant,**

v.

**DEPARTMENT OF the ARMY; Francis J. Harvey, Secretary of the United States Army, Defendants—Appellees.**

No. 06–1492.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 21, 2006.

Decided: Dec. 28, 2006.

Richard Varn, Appellant Pro Se. Lora M. Taylor, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Varn appeals from the district court's order granting summary judgment in favor of the Secretary of the Army on his employment discrimination complaint. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Varn v. Department of the Army,* Case No. 5:05–cv–00226–BO (E.D.N.C. Mar. 31, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*